**Ronald TINCH, Appellant,**

**v.**

**MISSOURI DEPT. OF CORRECTIONS, Respondent.**

**No. WD 74367.**

Missouri Court of Appeals, Western District.

Sept. 18, 2012.

Ronald Tinch, Appellant pro se, for appellant.

Michael Joseph Spillane, Jefferson City, MO, for respondent.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Ronald Tinch appeals the grant of judgment on the pleadings in favor of the Department of Corrections and Board of Probation and Parole in his declaratory judgment action. We affirm. Rule 84.16(b).